UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD E. MCCOY, JR., <br><br> Petitioner, <br><br> v. <br><br> BRIAN BIRKHOLZ et al., <br><br> Respondents. | Case No. 2:22-cv-09189-SB-KS <br><br> ORDER DISMISSING CASE |

    Petitioner filed this habeas case on December 16, 2022. Dkt. No. 1. He did not pay the required filing fee, and the Court issued a notice of deficiency directing him to either pay the filing fee or file an application to proceed in forma pauperis (IFP) within 30 days. Dkt. No. 2. The notice of deficiency noted that failure to meet this deadline could result in dismissal. Petitioner's deadline passed on January 18, 2023, and Petitioner has neither paid the filing fee nor filed an IFP application. Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED.

Date: February 10, 2023

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge